IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Shenzhen Xiyou Network Technology Co., Ltd.

    Plaintiff,

v.

The Individuals, Partnerships, and
Unincorporated Associations Identified on
Schedule A,

    Defendants.

Case No.: 1:25-cv-13916

Honorable Jeffrey I Cummings

## CERTIFICATE OF DISTRIBUTION OF LANHAM ACT MEDIATION PROGRAM MATERIALS

Counsel for Plaintiff, Shenzhen Xiyou Network Technology Co., Ltd. ("Plaintiff"), hereby certifies as follows:

1. On November 25, 2025, the undersigned received from the Court the letter and accompanying materials describing the Court's Lanham Act Mediation Program (the "Materials").

2. On December 2, pursuant to the Court's Rules and procedures governing the Lanham Act Mediation Program, the undersigned provided a copy of the Court's letter and the Materials to Plaintiff, the party represented by the undersigned.

3. As of the date of this Certificate, no Defendant has appeared in this action and no attorney for any Defendant has entered an appearance. Accordingly, there are presently no defense counsel of record to whom the Materials may be provided. Plaintiff will promptly provide the Materials to any attorney who later appears on behalf of any

Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 16, 2025            Respectfully submitted,

                                                         */s/ Qin Zhuang*
                                                         Qin Zhuang
                                                         Building 2, Unit 1, Room 507
                                                         5 Chaoyang Road, Chaoyang
                                                         Beijing, PRC 100022
                                                         0086-155-1009-0593
                                                         zhuangqin@yuntinglaw.com
                                                         **Counsel for Plaintiff**