## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Shenzhen Xiyou Network Technology Co., Ltd.
                                              Plaintiff,

v.                                                                              Case No.: 1:25−cv−13916

                                                                                    Honorable Jeffrey I Cummings

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff has filed a notice of voluntary dismissal [13], which is self−effectuating under Rule 41(a)(1)(A)(i). Plaintiff's pending motions [2] [7] [9] are terminated as moot. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.